DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellant,

v.

**CRISTIAN RIVERA** and **VANESSA RIVERA,**
Appellees.

No. 4D2025-0886

[June 17, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 062020CA010419AXXXCE.

Kathryn L. Ender of De Novo, Miami, for appellant.

Vyacheslav Borshchukov of Vyacheslav Borshchukov, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed. See Nat'l Indem. Co. of the S. v. Consol. Ins. Servs.*, 778 So. 2d 404, 408 (Fla. 4th DCA 2001) ("The trial court determined that the declaratory judgment was not a civil action for damages within the meaning of the statute. We agree. We have looked to whether the 'real issue' is one for damages or declaratory relief. ... No money damages or payment of money is directly requested in this suit ... and we conclude that the trial court's ruling was correct.") (internal citation omitted).

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***